**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
ROSLYN TELCO GROUP, INC.,

                      Plaintiff,

        -against-                    **MEMORANDUM OF DECISION AND ORDER**
                                                        07-CV-1953 (ADS)(ARL)

GLOBAL PROMOTION & PUBLISHING CORP.,

                      Defendant.
---------------------------------------------------------------X

**SPATT, District Judge**.

On May 28, 2009, the Court received a letter from Marie A. Tieri, one of the attorneys of record for Global Promotion and Publishing Corp., requesting that the Court withdraw the Amended Stipulation of Settlement that was signed by the Court on May 22, 2009. In light of the issues raised by Ms. Tieri's letter, the Court finds that a hearing in this matter is warranted. Accordingly, it is hereby

**ORDERED**, that the parties are directed to appear for a hearing on all issues raised by Ms. Tieri's letter on June 2, 2009 at 9:30 a.m., and it is further

**ORDERED**, that the following parties are directed to appear at the hearing: (1) Marie A. Tieri; (2) Katherine D. Johnson; (3) Timothy Griffin; (4) Victor Dunlop; (5) Parmod Kumar; (6) Mohinder Kumar; and (7) Seyfullah Turkkan.

**SO ORDERED.**

Dated: Central Islip, New York
       May 28, 2009

                              /s/ Arthur D. Spatt
                             ARTHUR D. SPATT
                          United States District Judge